PLEASE RECEIPT AND RETURN

# FILED UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

08 FEB -6 AM 9: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.   DEPUTY
Clerk of Court

November 26, 2007

Office of the Clerk
United States District Court, Central District Western Division
312 N. Spring Street
Los Angeles, CA 90012

Re: Toland vs. The People, Case No. 07CV2210-JAH(POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: __s/J. Petersen__
Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF __1-28-08__
AND ASSIGNED CASE NUMBER __08-537__

CLERK, U.S. DISTRICT COURT

By: __C. Sawyer__, Deputy